IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**SCENIC HOLDING, LLC**                                                                     **PLAINTIFF**

**V.**                      **CASE NO. 4:03-CV-598-GH**

**THE NEW BOARD OF TRUSTEES OF THE
TABERNACLE MISSIONARY BAPTIST CHURCH, INC.;
MICHAEL R. THOMPSON, JOE GIVENS, AND
VINCE HOWARD, TRUSTEES AND REPRESENTATIVES
(NOT INDIVIDUALLY) OF THE NEW BOARD
OF TRUSTEES OF THE TABERNACLE MISSIONARY
BAPTIST CHURCH; JOE GIVENS AND VINCE HOWARD,
TRUSTEES AND REPRESENTATIVES (NOT INDIVIDUALLY)
OF THE TABERNACLE MISSIONARY BAPTIST CHURCH;
JOE GIVENS AND VINCE HOWARD, TRUSTEES AND
REPRESENTATIVES (NOT INDIVIDUALLY) OF
TABERNACLE BAPTIST CHURCH; AND
CASEY ROBERTS, TRUSTEE AND REPRESENTATIVE
(NOT INDIVIDUALLY) OF TABERNACLE BAPTIST
CHURCH**                                                    **DEFENDANTS**

**KEITH MOLDEN, WILSON MEDLOCK,
DAVID SURRATT AND DON MOLDEN**         **INTERVENOR-DEFENDANTS**

## AGREED ORDER

The parties have advised the Court of the following matters:

1.  Plaintiff served Notice of Deposition to Tabernacle Missionary Baptist Church Pursuant to FRCP 30(b)(6) upon the Defendant Casey Roberts, Trustee and Interventor-Defendants Keith Molden, Trustee, Wilson Medlock, Trustee, David Surratt, Trustee and Don Molden, Trustee (hereinafter collectively "Tabernacle Trustees") dated July 28, 2005, for purposes of conducting the deposition on Wednesday, August 10, 2005, at 10:00 a.m.

2.  The Tabernacle Trustees filed a Motion for Protective Order and

Motion to Quash Notice of Deposition.

3. Plaintiff is in the process of preparing Plaintiff's Response to said motion.

4. The discovery deadline in this case is August 15, 2005.

5. By agreement of the parties, the Court extends the discovery deadline as to the matter encompassed in the Plaintiff's Notice of Deposition Tabernacle Missionary Baptist Church Pursuant to FRCP 30(b)(6) only until such time as the Court rules on Trustees' Motion. In the event the Court denies Trustees' Motion, the 30(b)(6) deposition will be scheduled as quickly as possible.

IT IS SO ORDERED.

_____
Honorable George Howard, Jr.
United States District Judge

Date: August 11, 2005